

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA11-255M |
| Bui, Tuan DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _def_, IT IS ORDERED that a detention hearing is set for _Tuesday 5/31/11_, at _1:30_ ☐ a.m. / ☒ p.m. before the Honorable _Robert N Block_, in Courtroom _6A_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal ~~or~~ _____ and produced for the hearing.
(Other custodial officer)

Dated: _5/23/11_

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge