

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. DEFENDANT(S). | CASE NUMBER SA11-255M <br><br> ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

For good cause shown,

Upon motion of __def__, IT IS ORDERED that the detention hearing is ~~set for~~ _continued to Monday June 6, 2011_ at _1:30_ ☐a.m. / ☒p.m. before the Honorable _Robert N Block_, in Courtroom _6 B_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _5/31/11_

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge